IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| SAXBYS COFFEE, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| SAXBYS HICKORY, LLC (a North Carolina Limited Liability Corporation), SAXBYS CAROLINA, LLC (a North Carolina Limited Liability Corporation), ROBERT C. DEWHURST (an individual resident of North Carolina), HARVEY D. SIMMONS (an individual resident of North Carolina), COPPERBEAN HICKORY, LLC (a North Carolina Limited Liability Corporation), and COPPERBEAN COFFEE, LLC (a North Carolina Limited Liability Corporation). | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

5:06CV45

Civil Action No. ~~06-00045~~

## STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR MOTION FOR TRO AND PRELIMINARY INJUNCTION

Plaintiff Saxbys Coffee, Inc. ("Plaintiff") and Defendants Saxbys Hickory, LLC, Saxbys Carolina, LLC, Robert C. Dewhurst, Harvey D. Simmons, Copperbean Hickory, LLC and Copperbean Coffee, LLC (collectively the "Defendants"), through their respective counsel, hereby stipulate and agree, subject to the approval of the Court, as follows:

1.   Defendants' Response in Opposition to Plaintiff's Motion for TRO and Preliminary Injunction will be filed with the Court, and served on counsel for Plaintiff by telefacsimile, on or before 5:00 p.m. on **Friday, April 14, 2006**.

2.  If Plaintiffs file a Reply In Support of Plaintiff's Motion for TRO and Preliminary Injunction, Plaintiff shall file the brief with the Court, and serve it on counsel for Defendants by telefacsimile, on or before 5:00 p.m. on **Tuesday, April 18, 2006**.

**SO ORDERED:**

Signed the 10th day of April, 2006.

/s/ Richard L. Voorhees
The Honorable Richard L. Voorhees
United States District Judge

AGREED AS TO FORM AND SUBSTANCE:

By: /s/ Susan H. Boyles
J. David Mayberry, Esq.
Daniel H. Marti, Esq.
KILPATRICK STOCKTON LLP
607 14th Street, N.W., Suite 900
Washington, D.C. 20005-2018
Telephone: (202) 508-5800

Susan H. Boyles, Esq.
Kilpatrick Stockton LLP
1001 West 4th Street
Winston-Salem, NC 27101
Telephone: (336) 607-7300

*Attorneys for Plaintiff Saxbys Coffee, Inc.*

By: /s/
Paul E. Culpepper, Esq.
Kevin C. McIntosh, Esq.
YOUNG, MORPHIS, BACH & TAYLOR, LLP
400 Second Avenue, N.W. (28601)
Post Office Drawer 2428
Hickory, North Carolina 28603-

*Attorneys for Defendants Saxbys Hickory, LLC, Saxbys Carolina, LLC, Robert C. Dewhurst, Harvey D. Simmons, Copperbean Hickory, LLC and Copperbean Coffee, LLC*

2