IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO. 5:06CV45-V

| | |
|---|---|
| SAXBY'S COFFEE, INC., )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>SAXBY'S HICKORY, LLC, SAXBY'S )<br>CAROLINA, LLC, ROBERT C. DEWHURST, )<br>HARVEY D. SIMMONS, COPPERBEAN )<br>HICKORY, LLC, and COPPERBEAN )<br>COFFEE, LLC, )<br>    Defendants. )<br>_____ ) | **SCHEDULING ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Verified Complaint For Injunctive Relief and Plaintiff's Memorandum In Support, both filed April 5, 2006. (Documents #1, #2)

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Temporary Restraining Order is hereby set for hearing in the **Statesville Division** on **Wednesday, April 19, 2006, at 10:30 AM** at the U.S. Federal Building, 2nd Floor Courtroom, 200 W. Broad Street, Statesville, North Carolina.

Signed: April 10, 2006

Richard L. Voorhees
Chief United States District Judge